NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE HARRY SERETTI AND CARL SCHAUKOWITCH**

---

2013-1010
(Serial No. 11/625,067)

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

**ON MOTION**

---

**O R D E R**

Harry Seretti and Carl Schaukowitch move without opposition to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

IN RE HARRY SERETTI                                               2

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued As A Mandate:    DEC 1 3 2012